J. KEARSLEY MITCHELL and Another, Respondents, v. WILLIAM F. HUDSON and Others, Impleaded with HUDFORD SALES CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

J. KEARSLEY MITCHELL and Another, Respondents, v. WILLIAM F. HUDSON, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

NELLIE SILVERSTEIN, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.; Shearn, J., dissented.

H. M. KENNEDY, JR., AND CO., INC., Appellant, v. JAMESVILLE WOOLEN MILLS COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend complaint on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

KENNETH M. MURCHISON, Respondent, v. DANIEL P. RITCHEY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

EVA R. SHEER, Appellant, v. WILLIAM A. SHEER, Respondent.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

NICHOLAS ENGEL, Doing Business under the Name and Style of JOHN FOX & CO., Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY and Others, Impleaded with THE NATIONAL SURETY COMPANY, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to serve amended complaint on payment of costs in this court and in the court below. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

SCHWARTZ AND COMPANY, INC., Respondent, v. AIMWELL COMPANY, INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to each defendant to withdraw demurrer and to answer on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.; Laughlin, J., dissented.

CHARLES LIBERMAN, Appellant, v. MAX MAYER and Others, as Committee of the Estate of JULIUS LIBERMAN, an Incompetent, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.